THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:   415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ; and DAREN HEATHERLY, <br><br> Plaintiffs, <br><br> v. <br><br> T2J THAI RESTAURANT LLC, a California Limited Liability Company; LITTLE THAI LLC, a California Limited Liability Company dba T2J THAI RESTAURANT; HUNG QUOC HUYNH, an individual dba LITTLE THAI RESTAURANT; and MARGARET M. JORDAN, <br><br> Defendants. | CASE NO. CV-12-0476-NC <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

   The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON            CASE NO. CV-12-0476-NC

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action become and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

6
7  Dated: June 6, 2013                THOMAS E. FRANKOVICH
                                      *A PROFESSIONAL LAW CORPORATION*
8
9                                     By: /S/ Thomas E. Frankovich
                                          Thomas E. Frankovich
10                                     Attorney for IRMA RAMIREZ; and DAREN
                                       HEATHERLY
11
12
13
14  Dated: June 20, 2013               Bartko, Zankel, Tarrant & Miller
15
16                                     By: _____
                                           Stephen T. Cox, Esq.
17                                     Attorney for Defendants T2J THAI RESTAURANT
                                       LLC, a California Limited Liability Company;
18                                     LITTLE THAI LLC, a California Limited Liability
19                                     Company dba T2J THAI RESTAURANT; HUNG
                                       QUOC HUYNH, an individual dba LITTLE THAI
20                                     RESTAURANT
21
22  ///
23  ///
24  ///
25
26  ///
27  ///
28

Dated: June 18, 2013               Jeffer Mangels Butler & Mitchell LLP

                                   By: _____
                                       Martin H. Orlick, Esq.
                                   Attorney for Defendant MARGARET M. JORDAN,

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: ____July 23____, 2013

                                   Honorable Magistrate N.
                                   UNITED STATES DISTRICT JUDGE

**GRANTED**
Judge Nathanael M. Cousins