|   |   |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
|   | THOMAS E. FRANKOVICH |
| 2 | *A PROFESSIONAL LAW CORPORATION* |
|   | 4328 Redwood Hwy, Suite 300 |
| 3 | San Rafael, CA   94903 |
|   | Telephone:    415/674-8600 |
| 4 | Facsimile:    415/674-9900 |
| 5 | Attorneys for Plaintiffs, |

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

IRMA RAMIREZ; and DAREN HEATHERLY

    Plaintiffs,

v.

T2J THAI RESTAURANT LLC, a California Limited Liability Company; LITTLE THAI LLC, a California Limited Liability Company dba T2J THAI RESTAURANT; HUNG QUOC HUYNH, an individual dba LITTLE THAI RESTAURANT; and MARGARET M. JORDAN,

    Defendants.

CASE NO. CV-12-0476-NC

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

    The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON      CASE NO. CV-12-0476-NC

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action become and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

7  Dated: June 6, 2013

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: ___/S/ Thomas E. Frankovich___
Thomas E. Frankovich
Attorney for IRMA RAMIREZ; and DAREN HEATHERLY

14  Dated: June 20, 2013

Bartko, Zankel, Tarrant & Miller

By: _____
Stephen T. Cox, Esq.
Attorney for Defendants T2J THAI RESTAURANT LLC, a California Limited Liability Company; LITTLE THAI LLC, a California Limited Liability Company dba T2J THAI RESTAURANT; HUNG QUOC HUYNH, an individual dba LITTLE THAI RESTAURANT

22  ///
23  ///
24  ///
25
26  ///
27  ///
28

Dated: June 18, 2013

Jeffer Mangels Butler & Mitchell LLP

By: _____
Martin H. Orlick, Esq.
Attorney for Defendant MARGARET M. JORDAN,

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: ___July 23___, 2013

Honorable Magistrate N.
UNITED STATES

**GRANTED**
Judge Nathanael M. Cousins